In the Matter of the Application of MANHATTAN RAILWAY COMPANY, Appellant, *v.* MARIE REICHE, Respondent.

*Matter of Manhattan Ry. Co.* v. *Reiche,* 178 App. Div. 894, affirmed.

(Argued June 8, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1917, which affirmed an order of Special Term dismissing a petition in condemnation proceedings. The proceeding was instituted by the plaintiff for the purpose of condemning certain real property and property rights in and to various parcels of land abutting on the various streets through which the plaintiff's elevated railroad was constructed and operated. Among these parcels was included a portion of certain land belonging to the defendant herein. Defendant contended that the trial should be of the single issue as to the metes and bounds of her property and the determination as to whether it was to be considered as an entire piece and parcel of land used and leased as such or whether the plaintiff was to be allowed of its own discretion to condemn but a portion of the same. Plaintiff refusing to try this issue the court of its own motion dismissed the petition.

*J. Osgood Nichols, Francis S. Williams* and *James L. Quackenbush* for appellant.

*J. Noble Hayes* and *Edgar G. Wandless* for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.